# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ANTHONY MARTIN, | ) | |
| Plaintiff(s), | ) | 2:05-cv-1378-RLH-PAL |
| vs. | ) | **O R D E R** |
| CITY OF LAS VEGAS, FREMONT STREET EXPERIENCE, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendation of United States Magistrate Judge (#11, filed May 4, 2006, entered by the Honorable Peggy A. Leen, regarding Plaintiff's failure to comply with the Court's prior orders. No objection was filed to Magistrate Judge Leen's Findings and Recommendation of United States Magistrate Judge in accordance with Local rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Leen should be affirmed.

IT IS THEREFORE ORDERED that Judge Leen's Findings and Recommendation (#11) is AFFIRMED and ADOPTED, and the case is dismissed.

Dated:  May 18, 2006.

_____
ROGER L. HUNT
U.S. District Judge